UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON,

    Plaintiff,

No. C 12-1580 PJH

**ORDER TO SHOW CAUSE**

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

    On March 29, 2012, plaintiff, who is represented by counsel Robert Weems, filed this appeal from a decision by the Commissioner of Social Security. Defendant answered on August 13, 2012. According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment by September 10, 2012. Plaintiff did not do so.

    Plaintiff is hereby ordered to file her motion for summary judgment and to show cause regarding why she failed to file and serve her motion within **fourteen days** of the date of this order. Plaintiff is advised that if she fails to respond to this court's order and to file her motion, her appeal will be dismissed with prejudice with no further hearing or briefing. The court further notes that this is at least the second such OSC that it has had to issue recently in a social security case in which Mr. Weems is counsel. *See, e.g.,* Duggan v. Astrue, C 11-2176 PJH, at docket no. 19. The court advises counsel that adherence to the deadlines contained in the local rules is **mandatory.**

**IT IS SO ORDERED.**

Dated: October 4, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge