1 | MELINDA L. HAAG CSBN 132612
United States Attorney
2 | DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
3 | ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

 160 Spear Street, Suite 800
 San Francisco, California 94105
 Telephone:  (415) 977-8972
 Facsimile:  (415) 744-0134
 Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**OAKLAND DIVISION**

GREGORY MARCELL JOHNSON,               )
                                       )   CASE NO.: 4:12-cv-01580-PJH
            Plaintiff,                 )
                                       )   STIPULATION AND ~~PROPOSED~~ ORDER
       v.                              )   FOR A FIRST EXTENSION FOR
                                       )   DEFENDANT TO FILE NOTICE, MOTION,
                                       )   AND MEMORANDUM IN SUPPORT OF
MICHAEL ASTRUE,                        )   CROSS-MOTION FOR SUMMARY
Commissioner of Social Security,       )   JUDGMENT AND IN OPPOSITION TO
                                       )   PLAINTIFF'S MOTION FOR SUMMARY
            Defendant.                 )   JUDGMENT
_____)

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 17, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: November 16, 2012

*/s/ Robert C. Weems*
(as authorized via e-mail)
Robert C. Weems
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: November 16, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/12/12

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE