MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**OAKLAND DIVISION**

| | |
|---|---|
| GREGORY MARCELL JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 4:12-cv-01580-PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 17, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

1  This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: November 16, 2012        */s/ Robert C. Weems*
                                (as authorized via e-mail)
                                Robert C. Weems
                                Attorney for Plaintiff

                                MELINDA L. HAAG
                                United States Attorney

Dated: November 16, 2012        By */s/ Elizabeth Barry*
                                ELIZABETH BARRY
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   12/12/12                 _____
                                  PHYLLIS J. HAMILTON
                                  UNITED STATES DISTRICT JUDGE