MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**OAKLAND DIVISION**

| | |
|---|---|
| GREGORY MARCELL JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 4:12-cv-01580-PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A 7-DAY EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until December 26, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

This is Defendant's second request for an extension of time in this matter. It is requested as a result of a heavy briefing schedule and is not intended to cause intentional delay.

Respectfully submitted,

Dated: December 17, 2012

*/s/ Robert C. Weems*
(as authorized via e-mail)
Robert C. Weems
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: December 17, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 18, 2012

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2