```
 1  MELINDA L. HAAG CSBN 132612
    United States Attorney
 2  DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX
 3  ELIZABETH BARRY, CSBN 203314
    Special Assistant United States Attorney
 4
        160 Spear Street, Suite 800
 5      San Francisco, California 94105
        Telephone: (415) 977-8972
 6      Facsimile: (415) 744-0134
        Email: Elizabeth.Barry@ssa.gov
 7
    Attorneys for Defendant
 8
                       UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
10
```

| | | |
|---|---|---|
| 11 | GREGORY MARCELL JOHNSON, ) | |
| 12 | ) Plaintiff, ) | CASE NO.: 4:12-cv-01580-PJH |
| 13 | ) v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR A 7-DAY EXTENSION FOR |
| 14 | ) ) | DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF |
| 15 | MICHAEL ASTRUE, ) Commissioner of Social Security, ) | CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO |
| 16 | ) Defendant. ) | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
|    | _____ ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until December 26, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

///

This is Defendant's second request for an extension of time in this matter. It is requested as a result of a heavy briefing schedule and is not intended to cause intentional delay.

Respectfully submitted,

Dated: December 17, 2012

*/s/ Robert C. Weems*
(as authorized via e-mail)
Robert C. Weems
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: December 17, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 18, 2012

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2