UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MARCELL JOHNSON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 12-1580 PJH

**ORDER TO SHOW CAUSE**

On October 22, 2012, the court entered an order directing the parties to inform the court whether they consent to proceed before a magistrate judge for all purposes, including entry of judgment. The parties were directed to file a consent or declination by November 5, 2012. Plaintiff, who is represented by counsel Robert Weems, failed to comply with the court's order and has not filed either a consent or declination to proceed before a magistrate judge.

It is hereby ORDERED that within **fourteen days** of the date of this order, Plaintiff must file a consent or declination to proceed before a magistrate judge and must show cause in writing why she failed to file timely a consent or declination. Plaintiff is advised that if she fails to respond to this court's order and fails to comply in a timely manner, she may be subject to sanctions, including terminating sanctions. The court further notes that this is the second order to show cause issued to plaintiff in this case for failure to comply with court deadlines. *See* October 4, 2012 Order to Show Cause. Plaintiff's counsel may be subject to sanctions or other disciplinary action pursuant to Civil Local Rule 11-6.

**IT IS SO ORDERED.**

Dated: January 2, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge